**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HYDRO-QUÉBEC,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **Civil Action No. 3:11-CV-1217** |
| v. | § | |
| | § | **Jury Trial Demanded** |
| **A123 SYSTEMS, INC.** and | § | |
| **VALENCE TECHNOLOGY, INC.** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.4, Hydro-Québec, Plaintiff in the referenced civil action, hereby files this Certificate of Interested Parties, stating the following:

1. Hydro-Québec is a Canadian corporation which has no parent corporation, and

2. no corporation or publicly-held company owns 10% of more of its stock.

Dated: June 7, 2011

Respectfully submitted,

By: ___/s/ James W. Cannon_____
James W. Cannon (TX Bar No. 03746600)
Kevin J. Meek (TX Bar No. 13899600)
Darryl J. Adams (TX Bar No. 00796101)
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, Texas  78701
Telephone:  512.322.2500
Facsimile:   512.322.2501
*jim.cannon@bakerbotts.com*
*kevin.meek@bakerbotts.com*
*darryl.adams@bakerbotts.com*

       Ryan Bangert (TX Bar No. 2405446)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214.953.6500
Facsimile:   214.953.6503
*ryan.bangert@bakerbotts.com*

**ATTORNEYS FOR PLAINTIFF,
HYDRO-QUÉBEC**

**CERTIFICATE OF SERVICE**

      On June 7, 2011, I electronically filed the foregoing document with the clerk of the court using the electronic case filing system of the U.S. District Court, Northern District of Texas.  I hereby certify that I will serve Defendants with this notice by means authorized by the Court or the Federal Rules of Civil Procedure, at the same time that Defendants are served with the Complaint.

      /s/ James W. Cannon
      James W. Cannon