IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HYDRO-QUEBEC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No.  3:11-CV-1217-K |
| v. | ) | |
| | ) | |
| A123 SYSTEMSS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF TRANSFER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Jane J. Boyle, before whom a related case with a lower number, viz., 3:06-CV-1655-B, is pending, and shall henceforth carry the suffix letter "B"

**SO ORDERED**.

Signed June 7th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-